UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-1674-CAS(FMOx) | Date | July 21, 2009 |
|---|---|---|---|
| Title | MARK MCCLENNING v. NCO FINANCIAL SYSTEMS, INC.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 5, 2009** why this action should not be dismissed for lack of prosecution **defendants ERICA LYNN BRACHFELD, in individual, also known as ERICA LYNN BRACHFELD-SHUBIN; ERICA L. BRACHFELD, A Professional Corporation, also known as THE BRACHFELD LAW GROUP, PC, doing business as BRACHFELD AND ASSOCIATES; and MARTIN BRACHFELD, an individual, also known as MARTY BRACHFELD, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)   An answer by **defendants ERICA LYNN BRACHFELD, in individual, also known as ERICA LYNN BRACHFELD-SHUBIN; ERICA L. BRACHFELD, A Professional Corporation, also known as THE BRACHFELD LAW GROUP, PC, doing business as BRACHFELD AND ASSOCIATES; and MARTIN BRACHFELD, an individual, also known as MARTY BRACHFELD,** or plaintiff's request for entry of default on these defendants

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-1674-CAS(FMOx) | Date | July 21, 2009 |
|---|---|---|---|
| Title | *MARK MCCLENNING v. NCO FINANCIAL SYSTEMS, INC.; ET AL.* | | |

Initials of Preparer        CMJ