**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Stephen H. Turner, SB# 89627
E-Mail: turner@lbbslaw.com
Larissa G. Nefulda, SB# 201903
E-Mail lnefulda@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900
Attorneys for Defendants, ERICA LYNN BRACHFELD aka ERICA LYNN BRACHFELD-SHUBIN; ERICA L. BRACHFELD, A Professional Corporation dba BRACHFELD AND ASSOCIATES aka THE BRACHFELD LAW GROUP, PC; and MARTIN BRACHFELD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

| | |
|---|---|
| MARK McCLENNING, an individual<br><br>Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., ERICA LYNN BRACHFELD aka ERICA LYNN BRACHFELD, A Professional Corporation dba BRACHFELD AND ASSOCIATES aka THE BRACHFELD LAW GROUP, PC; MARTIN BRACHFELD aka MARTIN BRACHFELD aka MARTY BRACHFELD, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. cv-09 1674 CAS (FMOx)<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS ERICA LYNN BRACHFELD aka ERICA LYNN BRACHFELD-SHUBIN; ERICA L. BRACHFELD, APC dba BRACHFELD AND ASSOCIATES aka THE BRACHFELD LAW GROUP, PC; AND MARTIN BRACHFELD**<br><br>The Hon. Christina A. Snyder<br>Courtroom: 5 |

TO THE HONORABLE COURT, TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff MARK McCLENNING ("Plaintiff") and Defendants ERICA LYNN BRACHFELD aka ERICA LYNN BRACHFELD-SHUBIN; ERICA L. BRACHFELD, A Professional Corporation dba BRACHFELD AND ASSOCIATES aka THE BRACHFELD LAW GROUP, PC; and MARTIN BRACHFELD ("Brachfeld Defendants") in the above-entitled lawsuit have agreed to

1  settle the above-entitled lawsuit in its entirety.  Plaintiff and the Brachfeld
2  Defendants anticipate that they will complete the settlement, and that Plaintiff and
3  the Brachfeld Defendants will file a Joint Motion Re: Dismissal, with prejudice,
4  within 60 days.

6  DATED: September 17, 2009    LEWIS BRISBOIS BISGAARD & SMITH LLP

By     /s/ Larissa G. Nefulda
       Stephen H. Turner
       Larissa G. Nefulda
       Attorneys for Defendants,
       ERICA LYNN BRACHFELD aka ERICA
       LYNN BRACHFELD-SHUBIN; ERICA L.
       BRACHFELD, A Professional Corporation
       dba BRACHFELD AND ASSOCIATES aka
       THE BRACHFELD LAW GROUP, PC; and
       MARTIN BRACHFELD



4847-9060-7364.1

NOTICE OF SETTLEMENT
CV09-1674-CAS(FMOX)

**FEDERAL COURT PROOF OF SERVICE**
Mark McClenning vs. NCO Financial Systems, Inc.- File No. 33333-333

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On September 18, 2009, I served the following document(s): **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS ERICA LYNN BRACHFELD aka ERICA LYNN BRACHFELD-SHUBIN; ERICA L. BRACHFELD, APC dba BRACHFELD AND ASSOCIATES aka THE BRACHFELD LAW GROUP, PC; AND MARTIN BRACHFELD**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Christopher G. Ranson
Christopher Ranson Attorney at Law
7301 Vista Del Mar Unit A107
Playa Del Rey, CA 90293
(310) 430-2861
c.ranson.law@gmail.com

The documents were served by the following means:

[X]  (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 18, 2009, at Los Angeles, California.

_____
Stephanie Hickman


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4847-9060-7364.1

NOTICE OF SETTLEMENT
CV09-1674-CAS(FMOX)