Christopher G. Ranson, CA SBN 235152
Attorney at Law
7301 Vista Del Mar, #A107
Playa Del Rey, California 90293
Telephone: (310) 430-2861
c.ranson.law@gmail.com

Attorney for Plaintiff Mark McClenning

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark McClenning, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NCO Financial Systems, Inc.; Erica Lynn Brachfeld a.k.a Erica Lynn Brachfeld-Shubin, an individual; Erica L. Brachfeld, A Professional Corporation d.b.a. Brachfeld and Associates a.k.a. The Brachfeld Law Group, PC; Martin Brachfeld a.k.a Marty Brachfeld, an individual; and Does 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV09 01674 CAS(FMOx)<br><br>ORDER RE ENTRY OF JUDGMENT PURSUANT TO FRCP 68 |

Based on the September 23, 2009 FRCP 68 offer of judgment from defendant NCO Financial Systems, Inc. ("NCO") served to Plaintiff Mark McClenning, and plaintiff Mark McClenning's September 28, 2009 acceptance of plaintiff's FRCP 68 offer of judgment, filed concurrently herewith, the Court hereby orders that:

Judgment shall be taken in favor of plaintiff Mark McClenning and against defendant NCO in the amount of Two Thousand and No/1000 dollars ($2,000.00), inclusive of statutory damages, statutory penalties and actual damages.

The Court further orders that judgment herein shall include an additional amount for plaintiff's reasonable costs in pursuing this action against NCO, inclusive of attorney's fees, accrued to the date of defendant NCO's September 23, 2009 FRCP 68 offer of judgment, in an amount as agreed to by plaintiff and NCO, or if the parties cannot agree, as determined by the Court on application by plaintiff.

DATED: September 29, 2009

Hon. Christina A. Snyder
United States District Court Judge

ORDER RE ENTRY OF JUDGMENT PURSUANT TO FRCP 68  - Page 2