Christopher G. Ranson, CA SBN 235152
Attorney at Law
7301 Vista Del Mar, #A107
Playa Del Rey, California 90293
Telephone: (310) 430-2861
c.ranson.law@gmail.com

Attorney for Plaintiff Mark McClenning

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark McClenning, an individual,<br><br>            Plaintiff,<br><br>       vs.<br><br>NCO Financial Systems, Inc.; Erica Lynn Brachfeld a.k.a Erica Lynn Brachfeld-Shubin, an individual; Erica L. Brachfeld, A Professional Corporation d.b.a. Brachfeld and Associates a.k.a. The Brachfeld Law Group, PC; Martin Brachfeld a.k.a Marty Brachfeld, an individual; and Does 1-10, inclusive,<br><br>            Defendants. | Case No. CV09 01674 CAS(FMOx)<br><br>STIPULATION RE PLAINTIFF'S ATTORNEY'S FEES AND COSTS |

It is hereby stipulated by and between plaintiff Mark McClenning and defendant NCO Financial Systems ("NCO") through their respective attorneys that pursuant to the Order Re Entry of Judgment pursuant to FRCP 68 entered herein against NCO and in plaintiff's favor on September 29, 2009, plaintiff is entitled to

an award of plaintiff's reasonable attorney's fees and costs in the sum of $3500 pursuant to agreement between the parties.

DATED:  October 31, 2009

/s/ Christopher G. Ranson
Christopher G. Ranson
Attorney for Plaintiff
Mark McClenning

DATED: _____, 2009

_____
Debbie P. Kirkpatrick
Attorney for Defendant
NCO Financial Systems, Inc.

an award of plaintiff's reasonable attorney's fees and costs in the sum of $3500 pursuant to agreement between the parties.

DATED: _____, 2009

        Christopher G. Ranson
        Attorney for Plaintiff
        Mark McClenning

DATED: 10/28, 2009

        Debbie P. Kirkpatrick
        Attorney for Defendant
        NCO Financial Systems, Inc.