1  Christopher G. Ranson, CA SBN 235152
   Attorney at Law
2  7301 Vista Del Mar, #A107
   Playa Del Rey, California 90293
3  Telephone: (310) 430-2861
   c.ranson.law@gmail.com
4
   Attorney for Plaintiff Mark McClenning
5

6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 Mark McClenning, an individual,        )  Case No. CV09 01674 CAS(FMOx)
                                          )
12            Plaintiff,                   )
                                          )
13     vs.                                 )  ORDER RE AWARD OF
                                          )  PLAINTIFF'S ATTORNEY'S FEES
14 NCO Financial Systems, Inc.; Erica     )  AND COSTS
                                          )
15 Lynn Brachfeld a.k.a Erica Lynn        )
   Brachfeld-Shubin, an individual; Erica )
16 L. Brachfeld, A Professional           )
                                          )
17 Corporation d.b.a. Brachfeld and       )
   Associates a.k.a. The Brachfeld Law    )
18 Group, PC; Martin Brachfeld a.k.a      )
                                          )
19 Marty Brachfeld, an individual; and    )
   Does 1-10, inclusive,                   )
20                                         )
                                          )
21            Defendants.                  )
                                          )
22                                         )
                                          )
23

24     Based on the Court's previous Order Re Entry of Judgment filed herein on

25 September 29, 2009 and the Stipulation Re Plaintiff's Attorney's Fees and Costs

26 between Plaintiff Mark McClenning, and Defendant NCO Financial Systems, Inc.

27 filed herein, the Court hereby orders that plaintiff is entitled to an award of

28

ORDER RE AWARD OF PLAINTIFF'S ATTORNEY'S FEES AND COSTS  - Page 1

attorney's fees and costs in the sum of $3500 pursuant to the agreement between the parties.


DATED: November 2, 2009

Hon. Christina A. Snyder
United States District Court Judge